UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE PENN, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>     v.<br><br>SKYWEST AIRLINES, INC., a Corporation; and DOES 1 through 100, inclusive,<br><br>              Defendants. | Case No. 1:25-cv-01599-KES-HBK<br><br>**ORDER GRANTING STIPULATION TO CONSOLIDATE *SHERRILL V. SKYWEST AIRLINES, INC.* AND *PENN V. SKYWEST AIRLINES, INC.* AND TO RESCHEDULE 26(f) CONFERENCE**<br><br>Date Action Filed: November 19, 2025 |

Having considered the Stipulation to Consolidate filed by Plaintiffs Annelise Sherrill and Lee Penn ("Plaintiffs") and Defendant SkyWest Airlines, Inc. ("Defendant") (collectively the "Parties"), and finding good cause therefore, the Court hereby ORDERS the following:

1. The action entitled *Annelise Sherrill v. SkyWest Airlines, Inc.*, 2:25-CV-03709-TLN-DMC (E.D. Cal.), shall be consolidated for all purposes with the first filed action, entitled *Lee Penn v. SkyWest Airlines, Inc. et al.*, 1:25-CV-01599-KES-HBK (E.D. Cal.). All future filings shall be made in the above captioned matter.

2. Plaintiffs shall file a First Amended Consolidated Complaint within thirty days of entry of this Order.

3. SkyWest shall have 21 days from the filing of the amended and consolidated complaint to answer, object, or otherwise respond to the amended consolidated complaint.

4. The Clerk is directed to reassign *Annelise Sherrill v. SkyWest Airlines, Inc.*, 2:25-CV-03709-TLN-DMC (E.D. Cal.), from Chief District Judge Troy L. Nunley and Magistrate Judge Dennis M. Cota to District Judge Kirk E. Sherriff and Magistrate Judge Helena M. Barch-Kuchta. It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:    May 21, 2026

_____
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING
STIPULATION TO CONSOLIDATE